Chris A. Johnson, Esq.
Dana L. Hupp, Esq.
Martin Rogers, Esq.
WORDEN THANE, P.C.
321 West Broadway, Suite 300
Missoula, Montana 59802-4142
Telephone: (406) 721-3400
Fax:  (406) 721-6985
cjohnson@wordenthane.com
dhupp@wordenthane.com
mrogers@wordenthane.com
    Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA, MISSOULA DIVISION

| | |
|---|---|
| METHOD, LLC, a Washington Limited Liability Company dba METHOD HOMES; and METHOD CONTRACTING, LLC, a Washington Limited Liability Company,<br>    Plaintiffs,<br><br>-vs-<br><br>MAKE IT RIGHT FOUNDATION, a Delaware Corporation; MAKE IT RIGHT-MONTANA, LLC, a Delaware Limited Liability Company; MIR MONTANA, LLC, a purported Montana Limited Liability Company; MIR INNOVATIONS, LLC,  a Delaware Limited Liability Company; MAKE IT RIGHT FOUNDATION dba MIR MONTANA; MIR INNOVATIONS, LLC dba MIR MONTANA; SAMUEL WHITT dba MIR MONTANA; JOHN DOES 1-50; and ABC BUSINESSES 1-20,<br>    Defendants. | Cause No. CV-17-25-M-DLC<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

It is hereby stipulated, by and between the parties hereto, that the above-entitled action has been fully and finally settled upon the merits. The parties move the Court for an order dismising this matter with prejudice. Attached hereto is the order from Arbitrator Tracy Axelberg dismissing the matter based upon the same. Each party shall bear its own costs and fees.

DATED this 21st day of March, 2019.

/s/ Dana Hupp
Dana L. Hupp, Esq.
WORDEN THANE P.C.
ATTORNEYS FOR METHOD LLC and
METHOD CONTRACTING, LLC

/s/ Brianne McClafferty
Brianne McClafferty
Holland & Hart LLP
ATTORNEYS FOR THE MAKE IT
RIGHT DEFENDANTS

/s/ Kathleen L. DeSoto
Kathleen L. DeSoto
Garlington, Lohn & Robinson, PLLP
ATTORNEYS FOR SAMUEL WHITT