# IN ARBITRATION
## BEFORE TRACY AXELBERG, ARBITRATOR

| | |
|---|---|
| METHOD, LLC, a Washington Limited Liability Company dba METHOD HOMES; and METHOD CONTRACTING, LLC, a Washington Limited Liability Company,<br>    Plaintiffs,<br><br>-vs-<br><br>MAKE IT RIGHT FOUNDATION, a Delaware Corporation; MAKE IT RIGHT-MONTANA, LLC, a Delaware Limited Liability Company; MIR MONTANA, LLC, a purported Montana Limited Liability Company; MIR INNOVATIONS, LLC, a Delaware Limited Liability Company; MAKE IT RIGHT FOUNDATION dba MIR MONTANA; MIR INNOVATIONS, LLC dba MIR MONTANA; SAMUEL WHITT dba MIR MONTANA; JOHN DOES 1-50; and ABC BUSINESSES 1-20,<br>    Defendants. | Cause No. CV-17-25-M-DLC<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the Joint Stipulation for Dismissal with Prejudice, and for good cause, IT IS HEREBY ORDERED that this matter is dismissed with prejudice. The parties shall hereafter file with Federal District Court a Stipulation for Dismissal with Prejudice. Each party shall bear its own costs and fees.

Dated this 4th day of ~~February~~ MARCH, 2019.

_____
Tracy Axelberg

Arbitration – Order of Dismissal     1

WORDEN THANE PC    MAR 0 6 2019