IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION


FILED
MAR 25 2019
Clerk, U.S. Courts
District Of Montana
Missoula Division

| | |
|---|---|
| METHOD LLC, a Washington Limited Liability Company dba METHOD HOMES; and METHOD CONTRACTING, LLC, a Washington Limited Liability, <br><br> Plaintiff, <br><br> vs. <br><br> MAKE IT RIGHT FOUNDATION, a Delaware Corporation; MAKE IT RIGHT MONTANA, LLC, a Delaware Limited Liability Company; MIR MONTANA, LLC, a purported Montana Limited Liability Company; MIR INNOVATIONS LLC, a Delaware Limited Liability Company; MAKE IT RIGHT FOUNDATION dba MIR MONTANA; MIR INNOVATIONS, LLC dba MIR MONTANA; SAMUEL WHITT dba MIR MONTANA; JOHN DOES 1–50; and ABC BUSINESSES 1–20, <br><br> Defendant. | CV 17–25–M–DLC <br><br> ORDER |

The Parties having filed a Joint Stipulation for Dismissal With Prejudice (Doc. 69),

-1-

IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE.

Each Party to bear its own fees and costs.

DATED this 25th day of March, 2019.

/s/ Dana L. Christensen
Dana L. Christensen, Chief Judge
United States District Court